IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
VERIZON FLORIDA INC., VERIZON                                 :
MARYLAND INC., VERIZON NEW JERSEY                             :
INC., VERIZON NEW YORK INC., VERIZON                          :   Civil Action File
NORTHWEST INC., VERIZON                                       :
PENNSYLVANIA INC., VERIZON VIRGINIA                           :   No. _____
INC. and VERIZON WASHINGTON, DC INC.,                         :
                                                              :
              Plaintiffs,                                     :
                                                              :
vs.                                                           :
                                                              :
LEVEL 3 COMMUNICATIONS, LLC,                                  :
                                                              :
              Defendant.                                      :
------------------------------------------------------------  x
```

## COMPLAINT

COME NOW plaintiffs Verizon Florida Inc. ("VZ-FL"), Verizon Maryland Inc. ("VZ-MD"), Verizon New Jersey Inc. ("VZ-NJ"), Verizon New York Inc. ("VZ-NY"), Verizon Northwest Inc. ("VZ-NW"), Verizon Pennsylvania Inc. ("VZ-PA"), Verizon Virginia Inc. ("VZ-VA"), and Verizon Washington, DC Inc. ("VZ-DC") (plaintiffs collectively, "Verizon" or "Plaintiffs"), and for their Complaint against defendant Level 3 Communications, LLC ("Level 3" or "Defendant") in the above-captioned civil action, state as follows:

### PARTIES, JURISDICTION AND VENUE

1.  Plaintiff VZ-FL is a Florida corporation with its principal place of business located in Tampa, Florida.

2.  Plaintiff VZ-MD is a Maryland corporation with its principal place of business located in Baltimore, Maryland.

3. Plaintiff VZ-NJ is a New Jersey corporation with its principal place of business located in Newark, New Jersey.

4. Plaintiff VZ-NY is a New York corporation with its principal place of business located in New York, New York.

5. Plaintiff VZ-NW is a Washington corporation with its principal place of business located in Everett, Washington.

6. Plaintiff VZ-PA is a Pennsylvania corporation with its principal place of business located in Philadelphia, Pennsylvania.

7. Plaintiff VZ-VA is a Virginia corporation with its principal place of business located in Richmond, Virginia.

8. Plaintiff VZ-DC is a New York corporation with its principal place of business located in Washington, D.C.

9. Defendant Level 3 is a Delaware limited liability company with its principal place of business located in Broomfield, Colorado. Level 3 is subject to personal jurisdiction in this Court. Level 3 may be served with process by delivery of a copy of the summons and Complaint to its registered agent, the Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1367(a), in that the matter in controversy exceeds the sum or value of $75,000.00 as to all Plaintiffs other than VZ-FL, VZ-NW and VZ-PA, exclusive of interest and costs, and is between citizens of different states, and the claims of VZ-FL, VZ-NW and VZ-PA form part of the same case or controversy as the claims of the other Plaintiffs under Article III of the United States Constitution.

11. Venue of this action is proper in this Court pursuant to 28 U.S.C. § 1391(a).

**BACKGROUND FACTS**

12. The Verizon companies are local telephone service providers in the geographic regions in which they operate. In addition to providing telecommunications services and facilities on a retail basis directly to end users, the Verizon companies also provide access to Verizon's network (including circuits, facilities and equipment) on a wholesale basis to other telecommunications companies so that those telecommunications companies can serve their own end user customers in the Verizon regions.

13. Level 3 is one of those telecommunications companies to whom Verizon provides access to its network.

14. Level 3 obtains the right to use Verizon's telecommunications network, including circuits, facilities and equipment, pursuant to applicable tariffs. Those tariffs establish the terms, conditions and pricing under which Verizon provides Level 3 with access to Verizon's network.

15. Verizon bills Level 3 for use of the Verizon network under various billing account numbers ("BANs"). Each BAN typically includes the charges associated with a multitude of circuits and facilities provided by Verizon to Level 3.

16. With respect to BAN 0001000030457, VZ-FL provided circuit number 69HFGJ101772GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HFGJ101772GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $23,526.78 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

17. With respect to BAN F11EBN5421114, VZ-FL provided circuit number 69HFGS101958GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect

to circuit number 69HFGS101958GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $18,000.00 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

18.     With respect to BAN F11EBN5421114, VZ-FL provided circuit number 69HFGS101959GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HFGS101959GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $18,000.00 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

19.     With respect to BAN F11EBA2522104, VZ-FL provided circuit number 69HCGS108996GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HCGS108996GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $1,154.81 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

20.     With respect to BAN F11EBA2522104, VZ-FL provided circuit number 69HCGS108992GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HCGS108992GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $1,154.81 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

21.     With respect to BAN F11EBA2522104, VZ-FL provided circuit number 69HCGS108994GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HCGS108994GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $1,154.81 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

22. With respect to BAN F11EBA2522104, VZ-FL provided circuit number 69HCGS108995GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HCGS108995GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $1,154.81 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

23. With respect to BAN F11EBA2522104, VZ-FL provided circuit number 69HCGS108997GTES to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 69HCGS108997GTES, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $1,154.81 for which VZ-FL properly billed Level 3 and Level 3 has failed to pay.

24. With respect to BAN 410J384977653, VZ-MD provided circuit number 8001T3ZANNPMDANK31BLTMMD60W93 to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 8001T3ZANNPMDANK31BLTMMD60W93, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $103,917.58 for which VZ-MD properly billed Level 3 and Level 3 has failed to pay.

25. With respect to BAN 201R257451924, VZ-NJ provided circuit number 5102T3ZNBWKNJNBK51NWRKNJ10W03 to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 5102T3ZNBWKNJNBK51NWRKNJ10W03, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $113,843.00 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

26. With respect to BAN 201R257451924, VZ-NJ provided circuit number

6105T3ZNBWKNJNBK61NWRKNJ10W03 to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 6105T3ZNBWKNJNBK61NWRKNJ10W03, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $113,843.00 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

27. With respect to BAN 201R257451924, VZ-NJ provided circuit number 102T3ZNWRKNJ10W03UNINNJUV to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 102T3ZNWRKNJ10W03UNINNJUV, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $87,641.70 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

28. With respect to BAN 201R257451924, VZ-NJ provided circuit number 101T3ZNWRKNJ10W03UNINNJUV to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 101T3ZNWRKNJ10W03UNINNJUV, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $79,369.00 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

29. With respect to BAN 201M114001923, VZ-NJ provided circuit number 2001T3ZSORGNJSODS5NWRKNJ10W03 to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 2001T3ZSORGNJSODS5NWRKNJ10W03, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $76,305.50 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

30. With respect to BAN 201M113985249, VZ-NJ provided circuit number HCGA382076NJ to Level 3 pursuant to the terms of the applicable federal tariff. With respect to

circuit number HCGA382076NJ, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $7,588.75 for which VZ-NJ properly billed Level 3 and Level 3 has failed to pay.

31. With respect to BAN 212M550090713, VZ-NY provided circuit number S5000T3NYCKNYBRK42NYCMNYZRWDV to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number S5000T3NYCKNYBRK42NYCMNYZRWDV, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $48,520.25 for which VZ-NY properly billed Level 3 and Level 3 has failed to pay.

32. With respect to BAN 315R403229632, VZ-NY provided circuit number 63HICC36045NY to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 63HICC36045NY, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $16,723.05 for which VZ-NY properly billed Level 3 and Level 3 has failed to pay.

33. With respect to BAN 315R403229632, VZ-NY provided circuit number 63HICC36071NY to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 63HICC36071NY, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $16,723.05 for which VZ-NY properly billed Level 3 and Level 3 has failed to pay.

34. With respect to BAN 0001312676550, VZ-NW provided circuit number 83YBGS301030GTEW to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 83YBGS301030GTEW, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $13,493.70 for which VZ-

NW properly billed Level 3 and Level 3 has failed to pay.

35. With respect to BAN 0003900030211, VZ-PA provided circuit number 37YBGS203948GTEN to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 37YBGS203948GTEN, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $6,188.77 for which VZ-PA properly billed Level 3 and Level 3 has failed to pay.

36. With respect to BAN 804J481852709, VZ-VA provided circuit number 48HFGJ342441CV to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 48HFGJ342441CV, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $76,455.05 for which VZ-VA properly billed Level 3 and Level 3 has failed to pay.

37. With respect to BAN 703J361130361, VZ-VA provided circuit number 4002T3ZNRFLVABAW02NRFLVABSK15 to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 4002T3ZNRFLVABAW02NRFLVABSK15, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $69,454.97 for which VZ-VA properly billed Level 3 and Level 3 has failed to pay.

38. With respect to BAN 0000510477884, VZ-VA provided circuit number 05YIGS002543VADI to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 05YIGS002543VADI, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $19,022.78 for which VZ-VA properly billed Level 3 and Level 3 has failed to pay.

39. With respect to BAN 202J951777773, VZ-DC provided circuit number

36HFGS100241CD to Level 3 pursuant to the terms of the applicable federal tariff. With respect to circuit number 36HFGS100241CD, Level 3 incurred monthly recurring charges that became due during the two years prior to the filing of this Complaint totaling $74,763.95 for which VZ-DC properly billed Level 3 and Level 3 has failed to pay.

40. With respect to BAN 0000903325717, VZ-DC provided circuit number 47YIGS001421VADI to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 47YIGS001421VADI, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $93,980.00 for which VZ-DC properly billed Level 3 and Level 3 has failed to pay.

41. With respect to BAN 0000903325717, VZ-DC provided circuit number 47YIGS002011VADI to Level 3 pursuant to the terms of the applicable state tariff. With respect to circuit number 47YIGS002011VADI, Level 3 incurred monthly recurring charges that became due during the three years prior to the filing of this Complaint totaling $93,980.00 for which VZ-DC properly billed Level 3 and Level 3 has failed to pay.

42. As indicated above, each of the above-referenced BANs includes the charges associated with a multitude of circuits and facilities provided by Verizon to Level 3. While Level 3 first began disputing charges associated with the foregoing BANs in or about August 2003, Level 3 simply short-paid the total amount due on each BAN and did not provide the dispute detail required by the applicable tariff until in or about May 2004. It was only then that Level 3 first provided sufficient detail to inform Verizon that it disputed charges associated with the foregoing circuits (all such foregoing circuits, the "Verizon/Level 3 Circuits"). Since then, and as unpaid charges for the Verizon/Level 3 Circuits continued to accumulate each month, Verizon has attempted in good faith to address and resolve Level 3's disputes. Among other

things, Verizon invited Level 3 to submit documentation supporting its disputes. Level 3, however, failed to do so, and by May 2005 Verizon informed Level 3 in writing that it could not sustain Level 3's dispute. Nonetheless, Level 3 has refused to tender the outstanding balances.

43. Level 3 presently owes the principal sum of $1,174,276.15 to Verizon for the Verizon/Level 3 Circuits, exclusive of late fees and pre- and post-judgment interest to which Verizon is entitled under the applicable tariffs and laws.

## COUNT I
## OPEN ACCOUNT

44. Verizon repeats and realleges the allegations contained in Paragraphs 1 through 41 of this Complaint as if fully set forth herein.

45. Level 3 is currently indebted to Verizon in the principal amount of $1,174,276.15 for the Verizon/Level 3 Circuits.

46. Level 3 is also indebted to Verizon for late fees and pre- and post-judgment interest to which Verizon is entitled under the applicable tariffs and laws.

## COUNT II
## BREACH OF CONTRACT

47. Verizon repeats and realleges the allegations contained in Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

48. The applicable tariffs governing the Verizon/Level 3 Circuits, in addition to having the force of law, are also contractual.

49. Level 3 is currently indebted to Verizon in the principal amount of $1,174,276.15 for the Verizon/Level 3 Circuits.

50. Level 3 is also indebted to Verizon for late fees and pre- and post-judgment interest to which Verizon is entitled under the applicable tariffs and laws.

**PRAYER FOR RELIEF AND DEMAND FOR A JURY TRIAL**

WHEREFORE, Verizon respectfully prays that this action be tried before a jury, and that this Court enter Judgment in its favor and against Defendant Level 3 as follows:

a) In the principal amount of $1,174,276.15;

b) For late fees and pre- and post-judgment interest as provided under the applicable tariffs and laws;

c) For an award of Verizon's expenses of litigation, including reasonable attorneys' fees, as allowed under applicable law;

d) For an award of all costs in this action; and

e) For such other and further relief as the Court deems just, equitable and proper.

Dated: March 6, 2006

SMITH KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (Bar No. 2898)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

-and-

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (GA. Bar No. 460793)
Frank N. White (GA. Bar No. 753377)
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1301
Telephone: 404-873-8500

ATTORNEYS FOR VERIZON

◎JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Verizon Florida, Inc. Verizon Maryland Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon NorthWest Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc. and Verizon Washington, DC Inc.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kathleen M. Miller, Smith Kaztenstein & Furlow, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19899  302-652-8400

## DEFENDANTS
Level 3 Communications, LLC

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1332(a)(1)
Brief description of cause:
Debt Action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $1,174,276.15
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: March 6, 2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 149

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

March 6, 2006                                David C. Martin
(Date forms issued)              (Signature of Party or their Representative)

David C. Martin
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action