IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

VERIZON FLORIDA INC., VERIZON
MARYLAND INC., VERIZON NEW JERSEY
INC., VERIZON NEW YORK INC., VERIZON
NORTHWEST INC., VERIZON
PENNSYLVANIA INC., VERIZON VIRGINIA
INC. and VERIZON WASHINGTON, DC INC.,

Plaintiffs,

vs.

LEVEL 3 COMMUNICATIONS, LLC,

Defendant.

Civil Action File

No. _____

---

**PLAINTIFFS'**
**CORPORATE DISCLOSURE STATEMENT**

COME NOW plaintiffs Verizon Florida Inc. ("VZ-FL"), Verizon Maryland Inc. ("VZ-MD"), Verizon New Jersey Inc. ("VZ-NJ"), Verizon New York Inc. ("VZ-NY"), Verizon Northwest Inc. ("VZ-NW"), Verizon Pennsylvania Inc. ("VZ-PA"), Verizon Virginia Inc. ("VZ-VA"), and Verizon Washington, DC Inc. ("VZ-DC") (plaintiffs collectively, "Verizon" or "Plaintiffs"), and submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Plaintiffs VZ-FL and VZ-NW are wholly owned subsidiaries of GTE Corporation. GTE Corporation, in turn, is owned largely by Verizon Communications Inc., with a small minority interest (less than 5%) owned by NYNEX Corporation. Plaintiff VZ-NY is a wholly owned subsidiary of NYNEX Corporation. NYNEX Corporation is a wholly owned subsidiary of Verizon Communications Inc. Plaintiffs VZ-MD, VZ-NJ, VZ-PA, VZ-VA and VZ-DC are

wholly owned subsidiaries of Verizon Communications Inc.  Verizon Communications Inc. is publicly traded, and has no parent.

Dated:  March 6, 2006

        SMITH KATZENSTEIN & FURLOW LLP

        _____
        Kathleen M. Miller (Bar No. 2898)
        800 Delaware Avenue, 7th Floor
        Wilmington, DE 19899 (Courier 19801)
        Telephone:  302-652-8400
        Telecopy:  302-652-8405
        E-mail:  Kmiller@skfdelaware.com

        -and-

        ARNALL GOLDEN GREGORY LLP
        Darryl S. Laddin (GA. Bar No. 460793)
        Frank N. White (GA. Bar No. 753377)
        171 17th Street, NW, Suite 2100
        Atlanta, Georgia  30363-1301
        Telephone:  404-873-8500

        ATTORNEYS FOR VERIZON