# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERIZON CALIFORNIA INC., VERIZON FLORIDA, INC., VERIZON MARYLAND INC., VERIZON NEW JERSEY INC., VERIZON NEW YORK INC., VERIZON VIRGINIA INC. and VERIZON WASHINGTON, DC INC., <br><br> Plaintiffs, <br> v. <br><br> LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No:   06-149(KAJ) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF DARRYL S. LADDIN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Darryl S. Laddin, Esquire to represent Verizon California Inc., Verizon Florida Inc., Verizon Maryland Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Virginia Inc. and Verizon Washington DC Inc., in this matter.

Dated: June 20, 2006

SMITH, KATZENSTEIN & FURLOW, LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail:  Kmiller@skfdelaware.com
Attorneys for plaintiffs

10015028.WPD

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June ___, 2006                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, the Bar of the State of New York, the Bar of the District of Columbia and the United States District Court for the Northern District of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 6/20/06

Darryl S. Laddin, Esquire
Georgia Bar No. 460793
Arnall Golden & Gregory, LLP
171 17th Street, Suite 2100
Atlanta, Georgia, 30309
Telephone No.: 404-873-8120
Telecopy No.:  404-873-8121

10015028.WPD