# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| VERIZON CALIFORNIA INC., VERIZON FLORIDA, INC., VERIZON MARYLAND INC., VERIZON NEW JERSEY INC., VERIZON NEW YORK INC., VERIZON VIRGINIA INC. and VERIZON WASHINGTON, DC INC.,<br><br>Plaintiffs,<br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   C.A. No:   06-149(KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE
## OF PLAINTIFFS' INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on July 28, 2006, the undersigned caused a copy of this Notice of Service by hand delivery and on July 28, 2006, a copy of Plaintiffs' Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) to be served by hand delivery on the following:

Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

[*Signature follows on page 2*]

10016157.WPD

Dated: July 28, 2006                           SMITH, KATZENSTEIN & FURLOW LLP

*Kathleen M. Miller* (by *JEP/KM*)
Kathleen M. Miller (I.D. No. 2898)
(Joelle E. Polesky
Bar ID# 3694)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: Kmiller@skfdelaware.com

-and-

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (GA. Bar No. 460793)
Frank N. White (GA. Bar No. 753377)
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1301
Telephone: 404-873-8500

ATTORNEYS FOR VERIZON

10016157.WPD