IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| VERIZON FLORIDA, INC., *et al.*, | : |
| | :    C.A. No. 06-149 (KAJ) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LEVEL 3 COMMUNICATIONS, LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, PATRICIA P. MCGONIGLE, hereby certify that on July 28, 2006, a copy of *Level 3 Communications, LLC's Initial Disclosures* and this *Notice of Service* were served via hand delivery on the following:

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

                                                SEITZ, VAN OGTROP & GREEN, P.A.

                                                /s/ Patricia P. McGonigle
                                                James S. Green (DE481)
                                                jgreen@svglaw.com
                                                Patricia P. McGonigle (DE3126)
                                                pmcgonigle@svglaw.com
                                                222 Delaware Avenue, Suite 1500
                                                Wilmington, DE 19801
                                                Tel: 302.888.0600
                                                Fax: 302.888.0606

                                                Counsel to Defendant

Dated: July 28, 2006