# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| VERIZON CALIFORNIA INC., VERIZON FLORIDA, INC., VERIZON MARYLAND INC., VERIZON NEW JERSEY INC., VERIZON NEW YORK INC., VERIZON VIRGINIA INC. and VERIZON WASHINGTON, DC INC.,<br><br>Plaintiffs,<br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendant. | C.A. No:   06-149(KAJ) |

## NOTICE OF SERVICE
## OF PLAINTIFFS' FIRST INTERROGATORIES AND REQUESTS TO PRODUCE DOCUMENTS TO DEFENDANT LEVEL 3 COMMUNICATIONS, LLC

PLEASE TAKE NOTICE that on August 11, 2006, the undersigned caused a copy of this Notice of Service by hand delivery and on August 11, 2006, a copy of *Plaintiffs' First Interrogatories and Requests to Produce Documents to Defendant Level 3 Communications, LLC* to be served by hand delivery on the following:

James S. Green, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

[*Signature follows on page 2*]

10016584.WPD

Dated: August 11, 2006                SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: Kmiller@skfdelaware.com

-and-

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (GA. Bar No. 460793)
Frank N. White (GA. Bar No. 753377)
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1301
Telephone: 404-873-8500

ATTORNEYS FOR VERIZON

10016584.WPD