IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERIZON FLORIDA, INC., *et al.*, | : | |
| | : | C.A. No. 06-149 (KAJ) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LEVEL 3 COMMUNICATIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 27th day of September 2006, I caused copies of *Level 3 Communications, LLC's Objections and Responses to Plaintiffs' First Interrogatories and Requests to Produce Documents* to be served upon counsel of record, identified below, via U.S. First Class Mail:

| | |
|---|---|
| Kathleen M. Miller, Esquire | Darryl S. Laddin, Esquire |
| Smith Katzenstein & Furlow, LLP | Arnall Golden Gregory LLP |
| 800 Delaware Avenue, 7th Floor | 171 17th Street, NW, Suite 2100 |
| Wilmington, DE 19801 | Atlanta, GA 30363 |

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
_____
James S. Green (DE481)
jgreen@svglaw.com
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: 302.888.0600
Fax: 302.888.0606

Counsel to Defendant

Dated:  September 27, 2006

56048 v1