

**Smith
Katzenstein
Furlow** LLP

*Attorneys at Law*

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

October 11, 2006

**VIA EFILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

*Re:*    ***Verizon Florida Inc., et al. v. Level 3 Communications, LLC
C.A. No.: 06-149 (KAJ)***

Dear Judge Jordan:

I write to provide the Court with an interim status report.

After the scheduling conference with the Court, Verizon served discovery requests. Level 3 has served written responses. In the meantime, the business people at Verizon and Level 3 have used this time to engage in productive settlement discussions and have made substantial progress. The parties hope to be able to advise the Court at the teleconference on October 18, 2006 whether an agreement in principle has been reached.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

cc:    Patricia P. McGonigle (by hand)
       Darryl S. Laddin (by facsimile)

10018547.WPD