

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

January 29, 2007

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

## VIA EFILING AND HAND DELIVERY

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Verizon Florida Inc., et al. v. Level 3 Communications, LLC*
      *C.A. No.: 06-149 (\*\*\*)*

Dear Magistrate Judge Thynge:

I represent the plaintiffs in this matter. The Court entered an order on January 23, 2007, scheduling a status conference for January 30, 2007 at 11:00 a.m. by teleconference. Subsequent to the entry of that order, the parties executed a settlement agreement. The settlement funds are expected to be paid by the end of the month. After those funds are received, the parties will file a stipulation of dismissal. Therefore, the parties respectfully request that the teleconference be canceled.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

cc:   Patricia P. McGonigle (by efiling and hand)
      Darryl S. Laddin (by facsimile)

06042\CORA\10021890.WPD