## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERIZON FLORIDA INC., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-149-*** |
| | : |
| LEVEL 3 COMMUNICATIONS, LLC, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **29th** day of **January, 2007**,

IT IS ORDERED that the status teleconference scheduled for Tuesday, January 30, 2007 at 11:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE