IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
VERIZON FLORIDA INC., VERIZON           :
MARYLAND INC., VERIZON NEW JERSEY       :
INC., VERIZON NEW YORK INC., VERIZON    :   Civil Action File
NORTHWEST INC., VERIZON PENNSYLVANIA    :
INC., VERIZON VIRGINIA INC. and VERIZON :   No. 06-149-KAJ
WASHINGTON, DC INC.,                    :
                                        :
      Plaintiffs,                      :
                                        :
vs.                                     :
                                        :
LEVEL 3 COMMUNICATIONS, LLC,            :
                                        :
      Defendant.                       :
------------------------------------------------------------ x

## STIPULATION OF DISMISSAL WITH PREJUDICE

This action having been settled and satisfied between the parties, it is hereby stipulated pursuant to Fed. R. Civ. Pro. 41(a)(1) that this action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

So agreed this 9th day of February, 2007.

2029509v2

**CONSENTED TO:**

SMITH KATZENSTEIN & FURLOW LLP

*/s/ Kathleen M. Miller*

Kathleen M. Miller (Bar No. 2898)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

-and-

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1301
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

Attorneys for Plaintiffs

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*

James S. Green (DE481)
Patricia P. McGonigle (DE3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606
E-mail: jgreen@svglaw.com
        pmcgonigle@svglaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Kathleen Miller, hereby certify that on the 9th day of February, 2007, I did cause to be served a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** on counsel below as indicated.

**REGULAR U.S. MAIL**
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

DATED: February 9, 2007

Kathleen Miller (ID No. 2898)

06042|COS|10022374.WPD