IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| VERIZON FLORIDA INC., VERIZON MARYLAND INC., VERIZON NEW JERSEY INC., VERIZON NEW YORK INC., VERIZON NORTHWEST INC., VERIZON PENNSYLVANIA INC., VERIZON VIRGINIA INC. and VERIZON WASHINGTON, DC INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendant. | Civil Action File <br><br> No. 06-149-KAJ |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This action having been settled and satisfied between the parties, it is hereby stipulated pursuant to Fed. R. Civ. Pro. 41(a)(1) that this action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

So agreed this 9th day of ~~January~~ February, 2007.

2029509v2

CONSENTED TO:

| SMITH KATZENSTEIN & FURLOW LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| *[signature]* | *[signature]* |
| Kathleen M. Miller (Bar No. 2898) | James S. Green (DE481) |
| 800 Delaware Avenue, 7th Floor | Patricia P. McGonigle (DE3126) |
| Wilmington, DE 19899 (Courier 19801) | 222 Delaware Avenue, Suite 1500 |
| Telephone: (302) 652-8400 | Wilmington, DE 19801 |
| Facsimile: (302) 652-8405 | Telephone: (302) 888-0600 |
| E-mail: Kmiller@skfdelaware.com | Facsimile: (302) 888-0606 |
| | E-mail: jgreen@svglaw.com |
| -and- | pmcgonigle@svglaw.com |

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1301
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

Attorneys for Plaintiffs                    Attorneys for Defendant


SO ORDERED, this 21st day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE